IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELI GOODWIN,<br><br>Plaintiff,<br><br>vs.<br><br>REGIONAL WEST HEALTH SERVICES, a Nebraska Non-Profit Corporation; and REGIONAL WEST MEDICAL CENTER, a Nebraska Non-Profit Corporation;<br><br>Defendants. | 4:24CV3055<br><br>**FIRST AMENDED FINAL PROGRESSION ORDER** |

This matter is before the court on the Parties' Joint Motion to Amend Case Progression Order. (Filing No. 31). For good cause shown, that order is granted.

Accordingly, IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is June 20, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 3, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 31, 2025. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 5.

3) The deadline for filing motions to dismiss and motions for summary judgment is August 29, 2025.

4)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge