IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELI GOODWIN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>REGIONAL WEST HEALTH SERVICES, a Nebraska Non-Profit Corporation; and REGIONAL WEST MEDICAL CENTER, a Nebraska Non-Profit Corporation;<br><br>　　　　　　Defendants. | 4:24CV3055<br><br><br>**SECOND AMENDED FINAL PROGRESSION ORDER** |

　　　　This matter is before the court on the Parties' Joint Motion to Amend Case Progression Order. (Filing No. 36). For good cause shown, that motion is granted.

　　　　Accordingly, IT IS ORDERED that the final progression order is as amended follows:

1)　　The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 2, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 25).

2)　　The deadline for completing written discovery, for Defendants only, under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 20, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 3, 2025.

        **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 30, 2025.

4)     The deadline for filing motions to dismiss and motions for summary judgment is October 29, 2025.

5)     Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 20th day of June, 2025.

                                              BY THE COURT:

                                              s/ Ryan C. Carson
                                              United States Magistrate Judge