IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELI GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REGIONAL WEST HEALTH SERVICES, a Nebraska Non-Profit Corporation; and REGIONAL WEST MEDICAL CENTER, a Nebraska Non-Profit Corporation;<br><br>　　　　　Defendants. | 4:24CV3055<br><br>**ORDER OF DISMISSAL** |

　　　This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 42.) Having considered the matter, the Court will accept the Joint Stipulation.

　　　Accordingly,

　　　**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

　　　Dated this 14th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　United States District Judge